The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEDRO GUZMAN TAPIA,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No: CR25-213-JNW

**ORDER CONTINUING TRIAL**

The Court has considered the parties' Joint Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a year-long investigation and there are multiple defendants charged in this, and the related matters, and there is a significant volume of discovery that has been produced and is to be produced. Therefore, it is unreasonable to expect the

- 1- ORDER CONTINUING TRIAL

Yelish, Barker & Cunningham PLLC
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900

parties to adequately prepare, within the meaning of 18 U.S.C. §3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, the parties' briefing reflects the extensive discovery in this matter which includes DEA reports through early October 2025, DEA Laboratory Reports relating to forensic testing of controlled substances, reports relating to the tracing of firearms, reports relating to friction ridge (fingerprint) analyses, U.S. Postal Inspection Service reports, legal process obtained in the investigation (e.g., state and federal search warrants and PR/TT orders), surveillance photos, videos, and audio recordings relating to controlled buys and other enforcement operations, and photos/videos relating to the execution of the October 28, 2025, searches.

Also, there are additional reports relating to takedown searches, additional DEA Laboratory reports, body worn camera video, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and reports and materials generated by agencies other than DEA that have been involved in the investigation.

Given the scope and complexity of the underlying investigation, this case may also raise novel questions of law and fact.

To assist defense counsel with this voluminous discovery, the Court has appointed Russell M. Aoki to serve as a Coordinating Discovery Attorney.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

- 2-  ORDER CONTINUING TRIAL

Yelish, Barker & Cunningham PLLC
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendant in a speedy trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date, as to Pedro Guzman Tapia, will be continued until January 19, 2027, at 9:00 a.m.

IT IS FURTHER ORDERED that pretrial motions will be filed no later than October 19, 2026.

IT IS ORDERED.

DATED this 10th day of March, 2026.

_____
THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*Allyson Barker*
Allyson Barker WSBA #35448
Attorney for Def. Pedro Guzman Tapia
Yelish, Barker & Cunningham
1963 Bethel Ave.
Port Orchard, WA 98366

/s/ *Joseph C. Silvio*
Joseph C. Silvio
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

- 3- ORDER CONTINUING TRIAL

Yelish, Barker & Cunningham PLLC
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each participant in this case.

*Allyson Barker*_____

Allyson Barker
WSBA #35448
Attorney for Defendant

- 4- ORDER CONTINUING TRIAL

Yelish, Barker & Cunningham PLLC
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900