UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGEL NAVARRO HERNANDEZ,<br>*et al.,*<br><br>Defendants. | NO. CR25-213-JNW<br><br>[~~PROPOSED~~]<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS Matter comes before the Court on the United States' Motion for a Protective Order to Restrain Certain Forfeitable Property (the "Motion"), seeking authorization pursuant to 21 U.S.C. § 853(e)(1)(A) for the continued restraint of the following property (the "Subject Property"), which was seized on or about October 28, 2025:

1.    The following property seized from a residence associated with Jose Angel Navarro Hernandez, located at 7708 60th Dr. NE, Marysville, Washington:

      a.    Approximately $9,000 in United States currency; and

      b.    Approximately $24,000 in United States currency;

2.    The following property seized from a residence associated with Luis Humberto Lamas Guzman, located at 16831 52nd Avenue W, Apt. F15, Lynnwood, Washington:

      a.    Approximately $6,300 in United States currency;

b.   Approximately $14,700 in United States currency;

c.   One Smith and Wesson M&P 380 Shield .380 caliber pistol, bearing serial number DLU9933, and any associated ammunition, seized from a black Ford F-150 truck at this location;

d.   One Ruger EC9S 9mm pistol, bearing serial number 462-78659, and any associated ammunition;

e.   One Glock 48 9mm pistol, bearing serial number BYKD416, and any associated ammunition;

f.   One Derya Arms (Rock Island Armory) TM22 .22 caliber pistol, bearing serial number TG970-22A5475, and any associated ammunition; and

g.   Any additional ammunition and magazines.

3.   Approximately $10,000 in United States currency, seized from a residence associated with Eduardo Manuel Villavicencio Salido, located at 14128 51st Ave. NE, Marysville, Washington;

4.   Approximately $6,500.00 in United States currency, seized from Jose Sandoval Zuniga's person;

5.   One Auto Ordnance 1911 .45 Caliber Pistol, bearing serial number KW114, and any associated magazines and ammunition, seized from a residence associated with Jose Sandoval Zuniga, located at 20916 NE 17th St, Sammamish, Washington;

6.   The following firearms and any associated ammunition seized from real property associated with Jose Sandoval Zuniga and Edgar Rivas Robles, located at 1708 Kresky Avenue, Centralia, Washington:

a.   One privately made Glock style 19 9mm pistol with camo slide, bearing serial number CA18264, and any associated ammunition;

Protective Order - 2
*United States v. Navarro Hernandez, et al.,* CR25-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. One Calico M-100P .22LR rifle, bearing serial number G005093, and any associated ammunition;

c. One Glock 19 Gen 5 9mm pistol, bearing serial number BUBR439, and any associated ammunition;

d. One Crosman Arms 357 .177 caliber pellet revolver, bearing serial number 020257, and any associated ammunition;

e. One Heckler and Koch SP89 9mm pistol, bearing serial number 21-25033, and any associated ammunition;

f. One Master Piece Arms MPA30 9mm pistol with suppressor, bearing serial number B15602, and any associated ammunition;

g. One Israel Weapon Ind Desert Eagle .40 caliber pistol, bearing serial number 132832, and any associated ammunition;

h. One Kimber Stainless II .45 caliber pistol, bearing serial number DU150397, and any associated ammunition;

i. One Ruger Mark II Target .22 caliber pistol, bearing serial number 212-42645, and any associated ammunition;

j. One CZ-CK Scorpion Evo 3 S1 9mm rifle, bearing serial number D253879, and any associated ammunition;

k. One Sam Diego Tactical Privateer 7.62 caliber pistol, bearing serial number PUTR00054, and any associated ammunition;

l. One Romarm Cugir Draco 7.62 caliber pistol, bearing serial number DR-201409, and any associated ammunition;

m. One Kalashnikov USA KP-9 9mm pistol, bearing serial number K9P0004228, and any associated ammunition;

n. One DSA Inc. SA58 .308 caliber rifle, bearing serial number DS31767, and any associated ammunition;

Protective Order - 3
*United States v. Navarro Hernandez, et al.,* CR25-213-JNW

o.    One Aero Precision M4E1 Multi caliber rifle, bearing serial number M4-0270248, and any associated ammunition;

p.    One Romarm Cugir Draco multi caliber pistol, bearing serial number RON2244087, and any associated ammunition;

q.    One Larue Tactical LT-10 .308 caliber rifle, bearing serial number OBR9740, and any associated ammunition;

r.    One privately made .22LR bolt action rifle, and any associated ammunition;

s.    One privately made AR-15 rifle, and any associated ammunition;

t.    One Smith & Wesson CS9 Chiefs Special 9mm pistol, bearing serial number EKY9069, and any associated ammunition;

u.    One Ruger LCP .380 caliber pistol, bearing serial number 378-14537, and any associated ammunition; and

v.    Any additional ammunition and magazines.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Drug Enforcement Administration Special Agent Grayson Seidel, hereby FINDS entry of a protective order restraining the above-identified Subject Property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment returned on October 22, 2025 (Dkt. No. 1), the Superseding Indictment returned on November 5, 2025 (Dkt. No. 55), and in the Forfeiture Bill of Particulars (Dkt. No. 105);

- Based on the facts set forth in the Declaration of Special Agent Grayson Seidel, there is probable cause to believe the Subject Property may be forfeited in this case, pursuant to 21 U.S.C. § 853(a), as proceeds, or property derived from proceeds, and/or as facilitating property, of Counts 1,

Protective Order - 4
*United States v. Navarro Hernandez, et al.,* CR25-213-JNW

3-13 and 15-21 of the Superseding Indictment, upon conviction of the offense(s);

- Based on the facts set forth in the Declaration of Special Agent Seidel, there is probable cause to believe that the above-referenced firearms may be forfeited in this case, pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), as firearms and ammunition involved in Counts 2 and 14 of the Superseding Indictment, upon conviction of the offense(s); and

- To ensure the Subject Property remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

///

///

///

Protective Order - 5
*United States v. Navarro Hernandez, et al.,* CR25-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1.    The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and,

2.    The Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.


IT IS SO ORDERED.


DATED this 24th day of April, 2026.


Jamal N. Whitehead
United States District Judge


Presented by:


s/Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Protective Order - 6
*United States v. Navarro Hernandez, et al.,* CR25-213-JNW